The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | E1060511 | STEVENS | 04/19/2024 |

| THE CHARGE ON THE VIOLATION NOTICE | |
|---|---|
| Offense Charged | Offense Description |
| 36CFR7.13(j) | THERMAL TRESPASS |

| Defendant Name |
|---|
| PYSHNIUK, VIKTOR |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | 05/07/2024<br>09:00 AM |