FILED



12:38 pm, 6/4/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs<br>VIKTOR PYSHNIUK<br>Defendant | Case Number   L:24-PO-00206-SAH-1 |
| Violation Charged<br>Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails (1)<br>Violating closures and use limits (2) | Citation Number   (1)(E1060511)<br>(2)(E1060512) |
| Date Violation Notice Issued   04/19/2024 | Place   WYNP |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 11:20-12:37                     Interpreter  Nataliia Worrell

Date  June 4, 2024                   Interpreter Telephone  nboginya@gmail.com

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared   ☑ By telephone
            ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
            ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to _____ at _____
    reason:

☐ Bail is set at
            ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:24-PO-00206-SAH-1

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
This consent was made   ☐ orally   ☐ in writing

☑ Informed of charges and rights       Date  June 4, 2024
☑ Defendant arraigned                  Date  June 4, 2024
☑ Court accepts plea       Defendant enters ☑ Guilty       ☐ Not Guilty Plea
☐ Trial     Witnesses

☑ Disposition
  ☐ Not Guilty
  ☑ Guilty              E1060511, E1060512
  ☐ Dismissed
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence      Date  June 4, 2024
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   7 days jail (thermal charge) Contact USMS within 7 days. To be served by 12/25/2024
☑ Probation for a period of     two years
   ☐ With Supervision   ☑ Without Supervision
☑ Special Conditions of Probation
   Obey all laws, keep contact information current with the court, comply with all deadlines and requests made by USMS, ban from YNP during probation, pay fines and costs 06/05/2025
☑ Fine        1500therm.,N/Aclos.   Payable to CVB by 06/05/2025
☐ Restitution                         To
☐ Community Service                   To
☑ Special Assessment   10, 10
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  Written judgment to follow.